No. 00–10121.  MOORE v. ANDERSON, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 00–10123.  STEVENS v. MCDANIEL, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 00–10126.  CHARGUALAF v. TERRITORY OF GUAM.  C. A. 9th Cir.  Certiorari denied.

No. 00–10128.  SKIPPER v. LEE, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 00–10131.  CRAFT v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 00–10132.  PETERSON v. COTTON, SUPERINTENDENT, PENDLETON CORRECTIONAL FACILITY.  C. A. 7th Cir.  Certiorari denied.

No. 00–10133.  PUGH v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 00–10134.  CHOICE v. SOUTH CAROLINA ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 00–10135.  JAMES v. ATHERTON, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 00–10136.  DEVILA ET AL. v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 00–10138.  BUCHANAN v. NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.

No. 00–10140.  STEINMAN v. 319 WEST 48TH STREET REALTY CORP.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 00–10142.  SMITH v. CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 00–10146.  ULLRICH v. SNIDER, WARDEN.  C. A. 10th Cir.  Certiorari denied.